FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 1 2006

at __11__ o'clock and _20_ min. _A_M
SUE BEITIA, CLERK

KESSNER DUCA UMEBAYASHI
  BAIN & MATSUNAGA
Attorneys At Law, A Law Corporation

STEVEN GUTTMAN      1289-0
220 South King Street, 19th Floor
Honolulu, Hawaii          96813
Telephone:       808/536.1900
Facsimile:       808/529.7177
Email:   sguttman@kdubm.com

LODGED

OCT 3 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant
ENHANCED RECOVERY CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHARLES J. HUXEL, JR., | ) | CIVIL NO. CV06-00420 SPK LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | **OF ALL CLAIMS AND PARTIES** |
| ENHANCED RECOVERY | ) | **and ORDER** |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES and ORDER

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff

CHARLES J. HUXEL, JR., and Defendant ENHANCED RECOVERY

CORPORATION, by and through their respective counsel, and pursuant to

Rule 41 of the Federal Rules of Civil Procedure, that all claims against all

parties are hereby dismissed with prejudice.

All parties who have made an appearance in this case have

signed this Stipulation. No motion for summary judgment has been filed by

either party. Trial has not been set.

The parties are to bear their own attorneys' fees and costs.

DATED:   Honolulu, Hawaii, __OCT 3 1 2006__, 2006.


_____
JOHN HARRIS PAER
Attorney for Plaintiff


_____
STEVEN GUTTMAN
Attorney for Defendant


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT


In re:   Charles J. Huxel, Jr. vs. Enhanced Recovery Corporation;
         Civil No. CV 06-00420 SPK LEK; Stipulation for Dismissal With Prejudice
         of All Claims and Parties and Order

T:\Data\Enhanced Recovery\Huxel\PLEADING\StipDismWPrejudice.wpd